**SO ORDERED.**

**SIGNED this 18 day of April, 2019.**



*/s/ Joseph N. Callaway*
Joseph N. Callaway
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:

PEGGY LEE GRIMES  　　　　　　　　　CASE NO: 18-02188-5-JNC
1117 SOUTH GRIMESLAND BRIDGE RD.　　CHAPTER 13
GRIMESLAND, NC 27837
　　　DEBTOR

### CONSENT ORDER

**THIS CAUSE** coming on to be heard upon the Trustee's Motion to Dismiss.

**AND IT APPEARING TO THE COURT** that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtor will resume regular payments of $782.00 each month beginning April 2019. Debtor will make additional payments of $131.00 each month for six (6) months to bring the plan current beginning April 2019. In the event the Debtor fails to make any payment due within thirty (30) days of the due date, for a period of six (6) months, this case will be dismissed without further notice or hearing.

CONSENTED TO:

s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
CHAPTER 13 TRUSTEE

*/s/ Richard L. Cannon*
RICHARD L. CANNON, III
ATTORNEY FOR DEBTOR

"End of Document"